COPY

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| HAYTHAM FARAJ, ESQ. (SBN 291416)<br>CARPENTER, ZUCKERMAN & ROWLEY, LLP<br>407 Bryant Circle, Suite F<br>Ojai, CA 93023<br>TELEPHONE NO: (805)272-4001    FAX NO. (Optional): (805) 719-6858<br>E-MAIL ADDRESS (Optional): Team3@czrlaw.com<br>ATTORNEY FOR (Name): Plaintiffs, John Blackburn and Diane Blackburn | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 3255 E. Tahquitz Canyon Way
MAILING ADDRESS: 3255 E. Tahquitz Canyon Way
CITY AND ZIP CODE: Palm Springs, CA 92262
BRANCH NAME: Palm Springs Branch

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

OCT 24 2018

G. Hernandez

PLAINTIFF: John Blackburn and Diane Blackburn

DEFENDANT: Walmart, Inc., AND DOES 1-50, inclusive

[X] DOES 1 TO 50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):

Type (check all that apply):
[ ] MOTOR VEHICLE    [X] OTHER (specify): Premises Liability
   [ ] Property Damage    [ ] Wrongful Death
   [X] Personal Injury    [X] Other Damages (specify): Emotional Distress, Loss of Consortium

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded    [ ] does not exceed $10,000
      [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:
PSC 1806527

1. Plaintiff (name or names): John Blackburn and Diane Blackburn

alleges causes of action against defendant (name or names): Walmart, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: five

3. Each plaintiff named above is a competent adult
  a. [ ] except plaintiff (name):
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity (describe):
    (3) [ ] a public entity (describe):
    (4) [ ] a minor [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other (specify):
    (5) [ ] other (specify):

  b. [ ] except plaintiff (name):
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity (describe):
    (3) [ ] a public entity (describe):
    (4) [ ] a minor [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other (specify):
    (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Legal Solutions Plus

Code of Civil Procedure, § 425.12

Exhibit 1

5

PLD-PI-001

| SHORT TITLE: BLACKBURN V WALMART INC. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:

   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ except defendant *(name)*: WALMART, INC        c. ☐ except defendant *(name)*:

   (1) ☐ a business organization, form unknown          (1) ☐ a business organization, form unknown
   (2) ☒ a corporation                                  (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:          (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:                   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:                              (5) ☐ other *(specify)*:

   b. ☐ except defendant *(name)*:                       d. ☐ except defendant *(name)*:

   (1) ☐ a business organization, form unknown          (1) ☐ a business organization, form unknown
   (2) ☐ a corporation                                  (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:          (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:                   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:                              (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☒ Doe defendants *(specify Doe numbers)*: 1-25 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.

   b. ☒ Doe defendants *(specify Doe numbers)*: 26-50 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**Exhibit 1**

**6**

PLD-PI-001

| SHORT TITLE: BLACKBURN V WALMART INC. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [  ]  Motor Vehicle
   b. [X]  General Negligence
   c. [  ]  Intentional Tort
   d. [  ]  Products Liability
   e. [X]  Premises Liability
   f. [X]  Other *(specify):* Loss of Consortium.

11. Plaintiff has suffered
   a. [  ]  wage loss
   b. [  ]  loss of use of property
   c. [X]  hospital and medical expenses
   d. [X]  general damage
   e. [  ]  property damage
   f. [  ]  loss of earning capacity  .
   g. [X]  other damage *(specify):* Loss of love, companionship, comfort, care, assitance, protection, affection, society and moral support. Damages to be proven at trial.

12. [  ]  The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [  ]  listed in Attachment 12.
   b. [  ]  as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a.  (1)  [X]  compensatory damages
       (2)  [  ]  punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1)  [X]  according to proof
       (2)  [  ]  in the amount of: $

15. [  ]  The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date:  OCTOBER 23, 2018

HATHAM FARAJ, ESQ.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]              **COMPLAINT—Personal Injury, Property**                    Page 3 of 3
                                                **Damage, Wrongful Death**

**Exhibit 1**
7

PLD-PI-001(2)

| SHORT TITLE:  BLACKBURN V WALMART, INC | CASE NUMBER: |
|---|---|

ONE _____ **CAUSE OF ACTION—General Negligence**        Page 4_____
   (number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  John Blackburn

   alleges that defendant *(name)*:  Walmart, Inc.

[x] Does 1_____ to 50_____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:  SEPTEMBER 7, 2017
at *(place)*:  79295 US HWY 111 La Quinta, CA 92253

*(description of reasons for liability):*

1. On or about September 9, 2017, PLAINTIFF JOHN BLACKBURN "J. BLACKBURN" was a customer shopping for groceries and dog food at Walmart located at 79295 US Hwy 111 La Quinta, CA 92253.

2. DEFENDANT WALMART, INC and DOES 1 - 50, and each of them, who had a duty to maintain the shopping area in a safe manner so as to not cause injury to another, did negligently and carelessly stack dog food cans on shelves of the shopping area in such a way as to fall, landing on the top of J. BLACKBURN'S head.

3. Therefore, J. BLACKBURN sustained injuries, for which he expended medical expenses, suffered general damages due to the dog food can falling on his head.

4. Each DEFENDANT owed a duty of care to J. BLACKBURN to maintain their shelving in a careful, responsible and reasonably prudent manner so as not to injure J. BLACKBURN. Each DEFENDANT, breached this duty by failing to use due care in maintaining their customer shelving in a safe manner, causing injury to J. BLACKBURN.

5. As a direct and proximate cause of the negligence, carelessness, and/or recklessness of each DEFENDANT, J. BLACKBURN sustained severe bodily trauma, causing temporary and/or permanent disability. In addition, J. BLACKBURN was required to incur expenses for medical care, treatment and expenses incidental thereto, all to his detriment. Furthermore, it is likely that J. BLACKBURN would be required in the future to incur expenses for medical care and treatment in an amount to be proven at trial.

6. As a direct and proximate result of the negligence, carelessness, and/or recklessness of each DEFENDANT, J. BLACKBURN has endured pain and suffering, worry, anxiety, emotional distress, loss of mobility, and will continue to endure said losses for an indefinite period of time in the future as will be proven at trial.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]        **CAUSE OF ACTION—General Negligence**        Code of Civil Procedure 425.12

**Exhibit 1**
**8**

PLD-PI-001(4)

| SHORT TITLE: BLACKBURN v WALMART, INC | CASE NUMBER: |
|---|---|

TWO _____    **CAUSE OF ACTION—Premises Liability**    Page 5 _____
_(number)_

ATTACHMENT TO  [X] Complaint    ☐ Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

Prem.L-1.  Plaintiff _(name):_ John Blackburn
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On _(date):_ September 9, 2017    plaintiff was injured on the following premises in the following

fashion _(description of premises and circumstances of injury):_
On or about September 9, 2017, PLAINTIFF JOHN BLACKBURN "J. BLACKBURN"
was a customer shopping for groceries and dog food at Walmart located
at 79295 US Hwy 111 La Quinta, CA 92253.

2.DEFENDANT WALMART, INC and DOES 1 - 50, and each of them, who had a
duty to maintain the shopping area in a safe manner so as to not cause
injury to another, did negligently and carelessly stack dog food cans
on shelves of the shopping area in such a way as to fall 10 feet,
landing on the top of J. BLACKBURN'S head. As a direct result of
Defendant's conduct J. BLACKBURN as injured.

Prem.L-2.  [X] **Count One--Negligence**  The defendants who negligently owned, maintained, managed and operated
the described premises were _(names):_ WALMART, INC.

[X] Does 1 _____ to 25 _____

Prem.L-3.  ☐ **Count Two--Willful Failure to Warn**  [Civil Code section 846]  The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
_(names):_

☐ Does _____ to _____
Plaintiff, a recreational user, was  ☐ an invited guest  ☐ a paying guest.

Prem.L-4.  ☐ **Count Three--Dangerous Condition of Public Property**  The defendants who owned public property
on which a dangerous condition existed were _(names):_

☐ Does _____ to _____
a. ☐ The defendant public entity had  ☐ actual  ☐ constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants**  The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were _(names):_ WALMART, INC

[X] Does 26 _____ to 50 _____

b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b  ☐ as follows _(names):_

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev, January 1, 2007]
**CAUSE OF ACTION—Premises Liability**
Legal Solutions Plus
Page 1 of 1
Code of Civil Procedure, § 425.12

**Exhibit 1**
9

| SHORT TITLE: BLACKBURN V WALMART, INC. | CASE NUMBER: |
|---|---|

1 **CAUSE OF ACTION THREE**

2 **Loss of Consortium**

3 **As To All Defendants**

4 Plaintiffs reallege each and every allegation set forth in Plaintiff's complaint.

5 On September 9, 2017, and at all times mentioned in this complaint, PLAINTIFF J. BLACKBURN and

6 PLAINTIFF DIANE BLACKBURN ("D. BLACKBURN") were husband and wife.

7 As alleged above, and as a result of the conduct of WALMART and DOE DEFENDANTS, J. BLACKBURN

8 sustained severe and permanent injuries and damages.Before suffering these injuries, J. BLACKBURN, as D.

9 BLACKBURNS's spouse, was able to and did perform all the duties of a spouse, including assisting in

10 maintaining of the home, providing love, companionship, affection, society, sexual relations, moral support, and

11 solace to D. BLACKBURN.  In addition, since D. BLACKBURN suffers from such physical frailty that requires

12 J. BLACKBURN to physcially provide  caregiving support to his wife, such as clothing, bathing and

13 administering medications; he is now unable to provide this vital additional support to his wife.  Due to the nature

14 of the injuries sustained by J. BLACKBURN and the severe physical and psychological strains they cause him,

15 Plaintiffs spouse is no longer able to provide plaintiff with the love and care he was once able to provide. Further,

16 because of these injuries, J. BLACKBURN will be unable to perform these duties in the future. As a direct and

17 proximate result of the injuries, D. BLACKBURN has been deprived, continues to be deprived, and expects to be

18 deprived in the future, of her spouse s companionship, affection, love, physical assistance in maintaining the

19 family home, daily physical assistance and comfort for a non-determinable length of time, which deprivation has

20 caused, continues to cause, and in the future is expected to cause D. BLACKBURN to suffer depression,

21 emotional distress, past, present, and future, and other injuries and will be permanently deprived of her spouse

22 consortium, the full extent of which has not yet been ascertained, but which will be stated according to proof at

23 trial.

24

25

26 *(Required for verified pleading)*  The items on this page stated on information and belief *(specify item numbers, not line numbers):*

27 This page may be used with any Judicial Council form or any other paper filed with this court.    Page 6

**Exhibit 1**
**10**