# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN BLACKBURN AND DIANE BLACKBURN,<br><br>    Plaintiffs,<br><br>v.<br><br>WALMART, INC., AND DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO.: 5:18-cv-2487 DOC (SPX)<br><br>**FINAL JUDGMENT AND DISMISSAL**<br><br>District Judge: David O. Carter<br>Courtroom:  9D<br>Complaint Filed: October 24, 2018<br>Trial Date:  Case Terminated |

Defendant WALMART INC.'s ("Defendant") Motion for Summary Judgment ("Motion") was heard and taken under submission by the Honorable David O. Carter of the above-referenced Court.

The Court, having fully considered the papers, argument, and evidence submitted by the parties on the Motion hereby GRANTS Defendant's Motion for Summary Judgment as to the entire Complaint filed by Plaintiffs JOHN BLACKBURN and DIANE BLACKBURN ("Plaintiffs").

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

1. Plaintiffs shall recover nothing from Defendant.

///

2354-2843

2. The action is dismissed with prejudice in its entirety, and judgment is entered in favor of Defendant WALMART INC. and against Plaintiffs JOHN BLACKBURN and DIANE BLACKBURN.

3. Pursuant to Fed. R. Civ. P. 54, Defendant WALMART INC., is entitled to recover its costs in the above-captioned action upon further application to the clerk to tax costs as required by L.R. 54-2.1 within 14 days after the entry of this judgment.

4. The Clerk is hereby directed to enter Judgment forthwith.

IT IS SO ORDERED.

Dated: September 4, 2019

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2354-2843